UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANNY SILVERMAN GALLERY, INC., and RICHARD L. FEIGEN & CO., INC., individually and as assignees of STEPHEN ROBERT,<br><br>                       Plaintiffs,<br><br>   -against-<br><br>KNOEDLER GALLERY, LLC, d/b/a KNOEDLER & COMPANY, ANN FREEDMAN, GLAFIRA ROSALES, JOSÉ CARLOS BERGANTIÑOS DIAZ, MICHAEL HAMMER, 8-31 HOLDINGS, INC., and JAIME ANDRADE,<br><br>                       Defendants. | ECF CASE<br><br>No. 13 Civ. 8495 (PGG) (HBP) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that Defendant Ann Freedman, by and through her counsel, Boies, Schiller & Flexner LLP, and upon the accompanying Memorandum of Law, will move this Court, at a date and time to be determined by the Court, for an order dismissing with prejudice the claims against her in Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: August 15, 2014

                                              **BOIES, SCHILLER & FLEXNER LLP**

By:    */s/ Luke Nikas*

        Luke Nikas
        30 South Pearl Street
        Albany, New York 12207
        Telephone: (518) 434-0600
        Facsimile: (518) 434-0665
        Email: lnikas@bsfllp.com

        *Attorneys for Ann Freedman*

## **CERTIFICATE OF SERVICE**

I hereby certify that the following counsel of record were served by email on August 15, 2014:

        Gregory A. Clarick
        Emily Reisbaum
        Aaron H. Crowell
        Clarick Gueron Reisbaum LLP
        40 West 25th Street
        New York, New York 10010

        Charles D. Schmerler
        Mark A. Robertson
        India DeCarmine
        Fulbright & Jaworski LLP
        666 Fifth Avenue
        New York, New York 10103

        Paul Ryan
        Silvia Serpe
        Serpe Ryan LLP
        115 Broadway, 11th Floor
        New York, New York 10010

        */s/ Luke Nikas*
        Luke Nikas